The Honorable Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

STEVEN TYLER LAWLESS,

    Plaintiff,

v.

ACCURATE BACKGROUND, INC.,

    Defendant.

Civil Action No.: 2:22−cv−01348−BJR

**ORDER**

Upon review of the Parties' Stipulation for Dismissal with Prejudice,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, without assessment of fees or costs by the Court.

**IT IS SO ORDERED.**

Dated: December 28, 2022,

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge